**Order filed, April 12, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00126-CV
_____

**ALBERT ORTIZ, Appellant**

**V.**

**THE JUNELL LAW FIRM, SANDERS & JUNELL P.CC., MARK JUNELL, INDIVIDUALY, AND BERGMAN ADR GROUP, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-24922**

---

## ORDER

The reporter's record in this case was due **February 28, 2012**, 2012. *See* Tex. R. App. P. 35.1. On March 1, 2012, this court granted Gina Wilburn's motion to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gina Wilburn**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained

absent exceptional circumstances. If **Gina Wilburn** does not timely file the record as ordered, we will issue a show cause order directing the court reporter to appear before this court on a date certain to show cause why the reporter should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM